Motion for Relief from Stay (Unlawful Detainer) - Page 6 of ____    F 4001-1M.UD

| In re<br>REGINA AUSTIN | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-BK-16185 BB |

# UNLAWFUL DETAINER DECLARATION
## (MOVANT: WILLIAM LITTLE and SCOTT JACOBY )

I, WILLIAM LITTLE _____, declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the residential or nonresidental real property that is the subject of this Motion ("Property") because:

   [X] I am the Movant and owner of the Property.

   [ ] I manage the Property as the authorized agent for the Movant.

   [ ] I am employed by Movant as *(state title and capacity)*:

   [ ] Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The address of the Property that is the subject of this Motion is:

   Street Address: 5845 Bowcroft Street
   Apartment/Suite No.: 2
   City, State, Zip Code: Los Angeles, CA 90016

4. Movant is the legal owner of the Property, or the owner's legally authorized agent. A true and correct copy of the Trustee's Deed upon Sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _____. A true and correct copy of any applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5. The Property is:  [X] residential property  [ ] nonresidential property
   a. Debtor(s) occupies the Property
      [X] on a month-to-month tenancy            [ ] pursuant to a lease that is in default
      [ ] after a foreclosure sale on: _____   [ ] other *(specify)*:
   b. [X] Debtor(s) has/have failed to pay the monthly rent of $ 1,600.00 _____ since the following date *(specify date)*: 3/1/08
   c. [ ] In addition, Debtor(s) has/have failed to pay other obligations under the lease, including the following *(See attached continuation page for itemization)*:
      (1) [ ] Common area maintenance charges
      (2) [ ] Property taxes
      (3) [ ] For additional obligations, see attached continuation page.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                    F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 7 of* ____   F 4001-1M.UD

| In re<br>REGINA AUSTIN | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-BK-16185 BB |

6. Debtor's(s') bankruptcy petition in this case was filed on *(specify date)*: 5/6/08

7. Procedural status *(indicate all that apply, and provide dates for completed steps)*:

   a. ☒ Movant caused a Notice to Quit to be served upon the Debtor(s) on *(specify date)*: 3/27/08
      A true and correct copy of which is attached hereto as Exhibit 1_____

   b. ☒ Before the filing of the petition, Movant had commenced an unlawful detainer proceeding in state court and completed the following:

      (1) ☒ Movant filed a Complaint for Unlawful Detainer against the Debtor(s) on *(specify date)*: __4/9/08__, a true and correct copy of which is attached as Exhibit _2/8/08_.

      (2) ☐ Trial was held on *(specify date)*:

      (3) ☐ An Unlawful Detainer Judgment against the Debtor(s) was entered on the Complaint for Unlawful Detainer on *(specify date)*:_____, a true and correct copy of which is attached as Exhibit _____.

      (4) ☐ A Writ of Possession for the Property was issued by the state court on *(specify date)*:_____, a true and correct copy of which is attached as Exhibit _____.

      (5) ☐ The Debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

      (6) ☐ The Debtor or adult dependent of Debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

      (7) ☐ The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

      (8) ☐ Movant has filed and served an objection to Debtor's certification referenced in paragraph (5) and/or (7) above, a copy of which is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

      (9) ☐ An eviction action has been filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that Debtor has endangered the subject property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if filed, is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

   c. ☐ The lease was rejected on _____ *(date)*:

      (1) ☐ by operation of law.
      (2) ☐ by Order of the Court.

   d. ☒ The regular lease payments have not been made since the filing of the petition.

8. ☒ Debtor(s) has/have no equity in the Property because Debtor(s) does/do not have a lease interest that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because *(specify)*:

   a. ☒ The Property is residential and is not producing income for the Debtor(s).
   b. ☐ The Property is commercial, but no reorganization is reasonably in prospect.
   c. ☐ Other *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                                                F 4001-1M.UD

Motion for Relief from Stay (Unlawful Detainer) - *Page 8 of* ____   F 4001-1M.UD

| In re<br>REGINA AUSTIN | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-BK-16185 BB |

10. [X] The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
   a. [X] Movant is the only creditor or one of very few creditors listed on the master mailing matrix.
   b. [ ] Other bankruptcy cases have been filed asserting an interest in the same property.
   c. [X] The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.
   d. [X] Other *(specify)*:
      Bankruptcy case was filed 2 days prior to Trial on Unlawful Detainer in Superior Court

11. [ ] Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:
   a. Case Name:
      Case Number:          Chapter:
      Date Filed:           Date Dismissed:
      – Relief from stay re this Property   [ ] was   [ ] was not   granted.
   b. Case Name:
      Case Number:          Chapter:
      Date Filed:           Date Dismissed:
      Relief from stay re this Property   [ ] was   [ ] was not   granted.
   c. [ ] See attached continuation page for more information about other cases.

12. [ ] Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.
   a. [ ] These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.
   b. [ ] Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.
   c. [ ] For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** May 8 , 2008 , at Los Angeles *(city, state).*

WILLIAM LITTLE
*Print Declarant's Name*

X
*Signature of Declarant*

Motion for Relief from Stay (Unlawful Detainer) - Page 8 of ____    F 4001-1M.UD

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| REGINA AUSTIN | Debtor(s). | CASE NO.: 2:08-BK-16185 BB |

10. [X] The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.
   a. [X] Movant is the only creditor or one of very few creditors listed on the master mailing matrix.
   b. [ ] Other bankruptcy cases have been filed asserting an interest in the same property.
   c. [X] The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.
   d. [X] Other (specify):
       Bankruptcy case was filed 2 days prior to Trial on Unlawful Detainer in Superior Court

11. [ ] Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:
   a. Case Name:
      Case Number:                    Chapter:
      Date Filed:                     Date Dismissed:
      Relief from stay re this Property    [ ] was    [ ] was not   granted.
   b. Case Name:
      Case Number:                    Chapter:
      Date Filed:                     Date Dismissed:
      Relief from stay re this Property    [ ] was    [ ] was not   granted.
   c. [ ] See attached continuation page for more information about other cases.

12. [ ] Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.
   a. [ ] These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.
   b. [ ] Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.
   c. [ ] For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 8, 2008, at Los Angeles _____ (city, state).

WILLIAM LITTLE
Print Declarant's Name                    Signature of Declarant

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised October 2005                                    F 4001-1M.UD